UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24247-Bloom/Reid

CHRISTHIAN OLIVER GONZALEZ,

    Plaintiff,

vs.

CELEBRITY CRUISES INC., a Foreign for-Profit Corporation,

    Defendant.

**DEFENDANT'S NOTICE OF FILING DECLARATION OF YVETTE VAN BYLEVELT ATTACHING COMPLETE EXHIBIT TO MOTION TO DISMISS (ECF No. 14)**

    Defendant Celebrity Cruises, Inc. ("Celebrity"), through undersigned counsel, hereby gives notice of filing the Declaration of Yvette Van Bylevelt attaching a complete copy of an exhibit to Defendant's Motion to Dismiss (ECF No. 14).

Dated:  May 12, 2023

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone:   (305) 858-2900

By:_____s/   Paul J. Schwiep_____
Paul J. Schwiep, FBN 823244
PSchwiep@CoffeyBurlington.com
Scott A. Hiaasen, FBN 103318
SHiaasen@CoffeyBurlington.com
YVB@CoffeyBurlington.com
LPerez@CoffeyBurlington.com
service@CoffeyBurlington.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

          s/   Paul J. Schwiep

| Service List | |
|---|---|
| **Alejandro J. Gonzalez, Esq.**<br>Alex@AGonzalezLaw.com<br>GONZALEZ, P.A.<br>19 South Krome Avenue<br>Homestead, Florida  33030<br>Telephone:   (786) 429-1511<br><br>*Counsel for Plaintiff* | |